IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                                   Civil Action Number 1:11cv24-LG-RHW

0.66 ACRES, MORE OR LESS, IN                                                  DEFENDANTS
JACKSON COUNTY, MISSISSIPPI,
ALLEN L. CRONIER, and wife, JANICE STORK CRONIER,
WILLIAM P. DESJARDINS, E.G. TAYLOR,
THE HEIRS AND DEVISEES OF THE ESTATE OF H. W. STORK, SR.,
CECIL STORK, EUNICE E. BOWDEN,
EVA VIRGINIA STORK CARROLL, WESLEY H. STORK, IRVIN STORK,
THE HEIRS AND DEVISEES OF THE ESTATE OF EDNA STORK BROWN,
THE HEIRS AND DEVISEES OF THE ESTATE OF MARGIE STORK SAKSA,
THE HEIRS AND DEVISEES OF THE ESTATE OF GUSSIE STORK,
THE HEIRS AND DEVISEES OF THE ESTATE OF HANNAH STORK
McCONOGHY,
THE HEIRS AND DEVISEES OF THE ESTATE OF HUGH L. STORK,
THE HEIRS AND DEVISEES OF THE ESTATE OF IRENE STORK SESSION,
THE HEIRS AND DEVISEES OF THE ESTATE OF HENRY STORK, JR.,
THE HEIRS AND DEVISEES OF THE ESTATE OF H. W. STORK, SR.,
LAWRENCE/MITCHELL CAPITAL MANAGEMENT GROUP, LTD.,
SOUTH TRUST ESTATE & TRUST CO.,
MARILYN SWANSON, VICTORIA MAPLES, ADLEAN LIDELL,
BENNY GOFF, JACKSON COUNTY, MISSISSIPPI, TAX ASSESSOR,
JOE TUCKER, JACKSON COUNTY, MISSISSIPPI, TAX COLLECTOR,
and
ANY UNKNOWN OWNERS OR CLAIMANTS

## ORDER FOR DELIVERY OF POSSESSION

THIS DAY this cause came on to be heard on the *ex parte* motion of the United States of America for an order for delivery of possession of the property described in the Complaint filed herein, and the Court having heard and considered the same and it appearing that the United States is entitled to possession of the property, does hereby find the following:

1. The Plaintiff states that the United States of America, acting through the United States Army Corps of Engineers, pursuant to authority given it by the Congress of the United States, has found that it is necessary and advantageous to the interests of the Plaintiff to acquire such possession; and

2. That the United States has fulfilled the statutory requirements of 40 U.S.C. §3114 so that it is entitled to an order requiring all defendants to this action and any and all persons in possession or control of the property described in the complaint filed herein to surrender possession of the said property to the Plaintiff forthwith.

**IT IS, THEREFORE, ORDERED** that all defendants to this action and all persons in possession or control of the property described in the Complaint filed herein shall surrender possession of said property to the United States of America on or before May 13, 2011.

**IT IS FURTHER ORDERED** that a copy of this order shall be served upon all persons in possession or control of the said property forthwith.

**SO ORDERED AND ADJUDGED** this the 11th day of April, 2011.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE